UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                              CASE NO. 09 B 46998
                                                                    CHAPTER 13
JUAN ARCHIE JACKSON SR
GWENDOLYN ROSE JACKSON                         JUDGE JACK B SCHMETTERER

        DEBTORS                                         **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO HOME MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 8 | 7080212452098 5250SO | $9,492.06 | $9,792.06 | $9,792.06 |
| Total Amount Paid by Trustee | | | | | $9,792.06 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-46998-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 12th day of August, 2014.

Debtor:  
JUAN ARCHIE JACKSON SR  
GWENDOLYN ROSE JACKSON  
5250 SOUTHWIND DR  
RICHTON PARK, IL  60471

Attorney:  
STEVEN A LEAHY  
150 N MICHIGAN AVE #1100  
CHICAGO, IL  60601  
via Clerk's ECF noticing procedures

Creditor:  
WELLS FARGO HOME MORTGAGE  
1 HOME CAMPUS  
MAC X2501 01F  
DES MOINES, IA  50328-0001

Mortgage Creditor:  
WELLS FARGO BANK  
% PIERCE & ASSOCIATES  
1 N DEARBORN #1300  
CHICAGO, IL  60602

ELECTRONIC SERVICE - United States Trustee

Date:  August 12, 2014

/s/ TOM VAUGHN  
TOM VAUGHN  
CHAPTER 13 TRUSTEE  
55 E. MONROE STREET, SUITE 3850  
CHICAGO, IL  60603